```
                        United States Bankruptcy Court
                              District of Rhode Island
```

In re:                                                              Case No. 17-10644-DF
Millard D. Norton, III                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0103-1          User: janet              Page 1 of 1                  Date Rcvd: Apr 24, 2017
                              Form ID: 121             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
db             +Millard D. Norton, III,   738 Park Avenue,   Apt. 2R,   Woonsocket, RI 02895-5836
cr             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Casey J. Lee    on behalf of Debtor Millard D. Norton, III casey@cjlfirm.com,   casey@caseylee.net
              Charles A. Pisaturo, Jr.    Charlie@pisaturolaw.com,
               RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com
              Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Millard D. Norton III | BK No. 1:17−bk−10644 |
| Debtor(s) | Chapter 7 |

### ORDER GRANTING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

The Court has reviewed the Application to Pay Filing Fees in Installments filed by the debtor(s) in this case. The court finds that the number of installments does not exceed four and either the final installment date is not beyond 120 days after filing the petition, or that cause has been established to extend the final installment to a date not later than 180 days after the filing of the petition. Fed.R.Bankr.P. 1006(b)(2).
Therefore, it is **ORDERED** that:

   1. ***Order Granting Application To Pay Filing Fees In Installments. First Installment paid in the amount of $84.00. Second Installment Payment due by 5/22/2017 in the amount of $84.00. Third Installment Payment due by 6/19/2017 in the amount of $84.00. Final Installment Payment due by 7/17/2017 in the amount of $83.00.***

   2. All installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case.

   3. This case will be subject to automatic dismissal if the first installment, or any subsequent installment payment is not timely paid, or a timely request for extension of time is not filed before the installment deadline, or a request for relief pursuant to R.I. LBR 1017−2(b) is filed within 7 days of this order.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **4/24/17**

Entered on Docket: **4/24/17**
Document Number: **8 – 6**

Ordintsall.jsp #121

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*