```
United States Bankruptcy Court
     District of Rhode Island
```

In re:                                                                   Case No. 17-10644-DF
Millard D. Norton, III                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0103-1          User: admin              Page 1 of 2           Date Rcvd: Apr 24, 2017
                              Form ID: 309A            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db            +Millard D. Norton, III,    738 Park Avenue,    Apt. 2R,    Woonsocket, RI 02895-5836
ust           +Gary L. Donahue,    Office of the U.S. Trustee,    U.S. Courthouse,
                One Exchange Terrace Suite 431,    Providence, RI 02903-1744
944392603     +BankCard Services,    P.O. Box 4499,    Beaverton, OR 97076-4499
944392604     +Belden Jewelers,    P.O. Box 3680,    Akron, OH 44309-3680
944392605     +Blaze Mastercard,    P.O. 5096,    Sioux Falls, SD 57117-5096
944392607     +Charter Oak Credit Union,    1055 Hartford Turnpike,    Waterford, CT 06385-4005
944392609     +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
944392610     +Conn. Dept. of Social Services,    Bureau of Child Support Enforcement,    55 Farmington Avenue,
                Hartford, CT 06105-3725
944392613     +Dime Bank,    290 Salem Turnpike,    Norwich, CT 06360-6494
944392614     +Edfinancial Services,    P.O. Box 36008,    Knoxville, TN 37930-6008
944392615     +Exxon Mobile,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
944392618     +First Savings Credit Card,    P.O. Box 5019,    Sioux Falls, SD 57117-5019
944392620     +Kerri Powers,    738 Park Avenue,    Apt. 2R,    Woonsocket, RI 02895-5836
944392621     +Mid America Bank and Trust,    216 West Second Street,    Dixon, MO 65459-8048
944392622     +Navigant Credit Union,    1005 Douglas Pike,    Smithfield, RI 02917-1206
944392623     +Shell,   P.O. Box 6406,    Sioux Falls, SD 57117-6406
944392624     +Surge Mastercard,    Cardholder Services,    P.O. Box 8099,    Newark, DE 19714-8099
944392631     +Total Visa,    P.O. Box 91510,    Sioux Falls, SD 57109-1510
944392634      Webster Bank,    City Place II,    Hartford, CT 06103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: casey@cjlfirm.com Apr 24 2017 18:15:19     Casey J. Lee,
                Casey J. Lee, Attorney at Law,    91 Friendship Street,    Suite 1,    Providence, RI   02903
tr            +EDI: BCAPISATURO.COM Apr 24 2017 18:23:00      Charles A. Pisaturo, Jr.,
                Law Offices of Charles A. Pisaturo Jr.,    1055 Elmwood Avenue,    Providence, RI 02907-3640
944392600     +E-mail/Text: bk@avant.com Apr 24 2017 18:15:27     Avant Inc.,    640 N LaSalle St,    STE 535,
                Chicago, IL 60654-3731
944392602      EDI: BANKAMER.COM Apr 24 2017 18:23:00      Bank of America,    P.O. Box 982235,
                El Paso, TX 79998
944392601     +EDI: BANKAMER2.COM Apr 24 2017 18:23:00      Bank of America,    P.O. Box 790087,
                St. Louis, MO 63179-0087
944392606     +EDI: CAPITALONE.COM Apr 24 2017 18:23:00      Capital One,    Attn: General Correspondence,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
944392608     +EDI: CITICORP.COM Apr 24 2017 18:23:00      Citibank N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
944392611     +EDI: CRFRSTNA.COM Apr 24 2017 18:23:00      Credit First N.A. / Firestone,
                BK-11/Customer Service,    P.O. Box 81315,    Cleveland, OH 44181-0315
944392612     +EDI: RCSFNBMARIN.COM Apr 24 2017 18:23:00      Credit One Bank,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
944392616     +EDI: BLUESTEM Apr 24 2017 18:23:00      Fingerhut Credit Account Services,    P.O. Box 1250,
                Saint Cloud, MN 56395-1250
944392617     +EDI: AMINFOFP.COM Apr 24 2017 18:23:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls, SD 57117-5524
944392619     +EDI: HY11.COM Apr 24 2017 18:23:00      Hyundai Motor Finance,    Customer Service,
                P.O. Box 20829,    Fountain Valley, CA 92728-0829
944392625     +EDI: RMSC.COM Apr 24 2017 18:23:00      Synchrony Bank / Amazon,    Attn: Bankruptcy Department,
                P.O. Box 965060,    Orlando, FL 32896-5060
944392626     +EDI: RMSC.COM Apr 24 2017 18:23:00      Synchrony Bank / CareCredit,
                Attn: Bankruptcy Department,    P.O. Box 965061,    Orlando, FL 32896-5061
944392627     +EDI: RMSC.COM Apr 24 2017 18:23:00      Synchrony Bank / JC Penney,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,    Orlando, FL 32896-5060
944392628     +EDI: RMSC.COM Apr 24 2017 18:23:00      Synchrony Bank / Old Navy,    P.O. Box 530993,
                Atlanta, GA 30353-0993
944392629     +EDI: RMSC.COM Apr 24 2017 18:23:00      Synchrony Bank / Walmart,    P.O. BOX 530927,
                Atlanta, GA 30353-0927
944392630     +EDI: TDBANKNORTH.COM Apr 24 2017 18:23:00      TD Bank,    70 Gray Road,
                Falmouth, ME 04105-2299
944392632     +EDI: VERIZONEAST.COM Apr 24 2017 18:23:00      Verizon,    500 Technology Drive,    Suite 550,
                Weldon Spring, MO 63304-2225
944392633     +EDI: VERIZONWIRE.COM Apr 24 2017 18:23:00      Verizon Wireless,    Attn: Correspondence Team,
                P.O. Box 5029,    Wallingford, CT 06492-7529
                                                                                               TOTAL: 20
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0103-1           User: admin              Page 2 of 2              Date Rcvd: Apr 24, 2017
                               Form ID: 309A            Total Noticed: 39

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2017 at the address(es) listed below:
NONE.                                                                              TOTAL: 0
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Millard D. Norton III<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5425<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Rhode Island** | | Date case filed for chapter  **7   4/21/17** |
| Case number:   **1:17–bk–10644** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Millard D. Norton III | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 738 Park Avenue<br>Apt. 2R<br>Woonsocket, RI 02895 | | |
| 4. | **Debtor's attorney**<br>Name and address | Casey J. Lee<br>Casey J. Lee, Attorney at Law<br>91 Friendship Street<br>Suite 1<br>Providence, RI 02903 | | Contact phone (401) 400–4005<br><br>Email: casey@cjlfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles A. Pisaturo Jr.<br>Law Offices of Charles A. Pisaturo Jr.<br>1055 Elmwood Avenue<br>Providence, RI 02907–2817 | | Contact phone (401) 274–3800<br><br>Email: Charlie@pisaturolaw.com |

**For more information, see page 2 >**

Debtor **Millard D. Norton III**                                                                                                                   Case number **1:17–bk–10644**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | The Federal Center<br>380 Westminster Street<br>6th Floor<br>Providence, RI 02903 | Hours open 9:00am – 4:00pm<br>www.rib.uscourts.gov<br><br>Contact phone (401) 626–3100<br><br>Date: 4/22/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 25, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**The Federal Center, 380 Westminster Street, 6th Floor Room 620, Providence, RI 02903** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/24/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **2**