# EXHIBIT A

**Surge** 

MasterCard

Account Number:
XXXX XXXX XXXX 9948
Closing Date: January 23, 2017

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number | XXXX XXXX XXXX 9948 |
| Credit Limit | $500.00 |
| Credit Available | $0 |
| Days this Billing Cycle | 31 |
| Statement Closing Date | January 23, 2017 |
| Amount Past Due | $0.00 |
| Previous Balance | $404.95 |
| - Payments | $46.37 |
| - Credits | $0.00 |
| + Purchases | $60.52 |
| + Fees | $0.00 |
| + Cash Advances | $0.00 |
| + INTEREST CHARGES | $11.14 |
| = New Balance | $430.24 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $430.24 |
| Minimum Payment Due | $35.00 |
| Payment Due Date | February 20, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $37.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 months | 521.00 |

If you would like information about credit counseling services, call 1-877-271-1764



**Questions:**
Cardholder Services   1-866-449-4514
Lost or Stolen   1-800-556-5678



**Send Inquiries to:**
Cardholder Services
PO Box 8099
Newark DE 19714-8099

**Mail Payments to:**
Surge
PO Box 31292
Tampa FL 33631-3292

## Account Activity Since Last Statement

| Trans Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | | **Purchases & Cash Advances** | |
| 12/26 | 12/26 | 0541019PS7DMHTED0 | SUBWAY       00999995 MIAMI   FL | 20.00 |
| 12/29 | 12/29 | 0541019PX7DM8HMPB | SUBWAY       00999995 MIAMI   FL | 10.00 |
| 01/06 | 01/06 | 25247800600L6XZ9X | NAYAX LLC 13 HUNT VALLEY  MD | 1.00 |
| 01/06 | 01/06 | 5531020075V5X94T9 | CHIPOTLE 1873 WARWICK  RI | 10.37 |
| 01/07 | 01/07 | 25247800800PWVB0N | COZY GRILL WARWICK  RI | 19.15 |
| | | | **Payments & Credits** | |
| 01/17 | 01/17 | 85346360H00XTMMDR | PAYMENT - THANK YOU | 11.37- |
| 01/20 | 01/20 | 85346360L00XSS6F9 | PAYMENT - THANK YOU | 35.00- |
| | | | **Fees & Other Charges** | |
| | | | TOTAL FEES FOR THIS PERIOD | 0.00 |
| | | | **Interest Charges** | |
| 01/23 | 01/23 | | Interest Charge on Purchases | 11.14 |
| 01/23 | 01/23 | | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 11.14 |

### 2017 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2017 | $0.00 |
| Total interest charged in 2017 | $11.14 |

Visit us on the web at: WWW.SURGECARDINFO.com

NOTICE:   SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND BILLING RIGHTS SUMMARY.

1070   0001 MSH         001   7  23   170123 0         PAGE 1 of 3         10  1293  0000  SVVD                    1222

