# EXHIBIT D

**....surge....**    MILLARD D NORTON III
Account Number:
XXXX XXXX XXXX 9948
Closing Date: May 23, 2017



## ACCOUNT SUMMARY

| | |
|---|---:|
| Account Number | XXXX XXXX XXXX 9948 |
| Credit Limit | $500.00 |
| Credit Available | $0 |
| Days this Billing Cycle | 30 |
| Statement Closing Date | May 23, 2017 |
| Amount Past Due | $241.00 |
| Previous Balance | $772.16 |
| - Payments | $0.00 |
| - Credits | $0.00 |
| + Purchases | $0.00 |
| + Fees | $47.00 |
| + Cash Advances | $0.00 |
| + INTEREST CHARGES | $19.78 |
| = New Balance | $838.94 |

## PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $838.94 |
| Minimum Payment Due | $313.00 |
| Payment Due Date | June 20, 2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay up to a $37.00 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 months | 1,021.00 |

If you would like information about credit counseling services, call 1-877-271-1764



**Questions:**
Cardholder Services    1-866-449-4514
Lost or Stolen    1-800-556-5678



**Send Inquiries to:**
Cardholder Services
PO Box 3220
Buffalo NY 14240

**Mail Payments to:**
Surge
PO Box 31292
Tampa FL 33631-3292

### Account Activity Since Last Statement

| Trans Date | Post Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---:|
| | | | **Fees & Other Charges** | |
| 05/23 | 05/23 | F1293004F000F 001 | MONTHLY MAINT FEE (DEBIT) NEWARK DE | 10.00 |
| 05/22 | 05/22 | | LATE FEE | 37.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 47.00 |
| | | | **Interest Charges** | |
| 05/23 | 05/23 | | Interest Charge on Purchases | 19.78 |
| 05/23 | 05/23 | | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 19.78 |

#### 2017 Totals Year-to-Date

| | |
|---|---:|
| Total fees charged in 2017 | $264.00 |
| Total interest charged in 2017 | $75.84 |

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 30.74% (v) | $772.16 | $19.78 |
| Cash Advances | 30.74% (v) | $0.00 | $0.00 |

(v) = Variable Rate
**Balance Calculation Method:** See reverse side of page 1 for explanation of how the balances subject to interest rate is calculated.
We will not charge you interest on purchases if you pay your entire balance by the payment due date.

Visit us on the web at: WWW.SURGECARDINFO.com

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND BILLING RIGHTS SUMMARY.

1070  0001 MSH    001  7 23  170523  0    X PAGE 1 of 3    10 1293 0000 SVVX    1100

---

PLEASE DETACH COUPON AND RETURN PAYMENT USING THE ENCLOSED ENVELOPE - ALLOW 5 DAYS FOR MAIL DELIVERY

Surge
PO BOX 31292
Tampa FL 33631-3292

**PAYMENT INFORMATION**

| | |
|---|---:|
| Account Number: | XXXX XXXX XXXX 9948 |
| New Balance: | $838.94 |
| Minimum Payment Due: | $313.00 |
| Payment Due Date: | June 20, 2017 |
| Amount Enclosed: | $ |

☐ Check box to indicate address change on back of this coupon

Mail Payments to:

Surge
PO Box 31292
Tampa FL 33631-3292

PLEASE MAKE YOUR PAYMENT PAYABLE TO:
SURGE

MILLARD D NORTON III
738 PARK AVE APT 2R
WOONSOCKET RI 02895-5836

1100
A305

5346360204189948000313000000838940

MILLARD D NORTON III
Account Number:
XXXX XXXX XXXX 9948
Closing Date: May 23, 2017



## Important News

YOUR ACCOUNT IS NOW SERIOUSLY PAST DUE AND WE
ARE CONSIDERING ADDITIONAL COLLECTION ACTION.
PLEASE CALL 1-866-513-4614 TODAY.

FOR A FREE, EASY AND SECURE WAY TO ACCESS YOUR CREDIT CARD
ACCOUNT, VISIT WWW.SURGECARDINFO.COM.
FEATURES INCLUDE ELECTRONIC STATEMENT DELIVERY, VIEW CURRENT
TRANSACTION INFORMATION, MAKE PAYMENTS AND MUCH MORE!

1070    0001 MSH    001   7  23  170523  0    X PAGE 2 of 3    10  1293  0000  SVVX    1100