# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

In Re: Millard D. Norton, III                     Case Number: 1:17-bk-10644   Ch: 7

**MOVANT/APPLICANT/PARTIES:**

Motion for Sanctions and Damages for Violation of 11 U.S.C. § 362 ("Motion," Doc. #11)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

By July 28, 2017, Debtor shall file a statement in support of his alleged damages and attach thereto as exhibits an itemized statement of attorney's fees and expenses incurred, documentation of any applicable expenses, and an affidavit of the Debtor in support of any other damages sought in connection with the Motion. Debtor shall include in that statement the response time language required by R.I. LBR 1005-1(d). Also by July 28, 2017, Debtor shall serve the statement on Continental Finance Company, LLC, Celtic Bank, and Surge Mastercard in the same manner the Motion was served and file a certificate of service evidencing compliance with this order.

IT IS SO ORDERED:

*Diane Finkle*    Dated: 7/7/17

Diane Finkle, U.S. Bankruptcy Judge