Certificate Number: 14912-RI-DE-029336167

Bankruptcy Case Number: 17-10644



14912-RI-DE-029336167

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2017, at 7:39 o'clock PM EDT, Millard Norton completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Rhode Island.

Date:  May 30, 2017

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor