United States Bankruptcy Court
District of Rhode Island

In re:  
Millard D. Norton, III  
    Debtor

Case No. 17-10644-DF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0103-1     User: chris     Page 1 of 1     Date Rcvd: Jul 10, 2017  
                         Form ID: pdfdoc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.  
db           +Millard D. Norton, III,    738 Park Avenue,    Apt. 2R,    Woonsocket, RI 02895-5836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:  
         Casey J. Lee    on behalf of Debtor Millard D. Norton, III casey@cjlfirm.com,    casey@caseylee.net  
         Charles A. Pisaturo, Jr.    Charlie@pisaturolaw.com,    RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com  
         Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov  
                                                                                                                TOTAL: 3

# United States Bankruptcy Court, District of Rhode Island

## Proceeding Memorandum / Order of Court

In Re: Millard D. Norton, III                Case Number: 1:17-bk-10644   Ch: 7

**MOVANT/APPLICANT/PARTIES:**

Motion for Sanctions and Damages for Violation of 11 U.S.C. § 362 ("Motion," Doc. #11)

**OUTCOME:**

__ Granted     __ Denied     __ Approved     __ Sustained

__ Moot     __ Denied without prejudice     __ Withdrawn in open court     __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

By July 28, 2017, Debtor shall file a statement in support of his alleged damages and attach thereto as exhibits an itemized statement of attorney's fees and expenses incurred, documentation of any applicable expenses, and an affidavit of the Debtor in support of any other damages sought in connection with the Motion. Debtor shall include in that statement the response time language required by R.I. LBR 1005-1(d). Also by July 28, 2017, Debtor shall serve the statement on Continental Finance Company, LLC, Celtic Bank, and Surge Mastercard in the same manner the Motion was served and file a certificate of service evidencing compliance with this order.

IT IS SO ORDERED:

_Diane Finkle_   Dated: 7/7/17

Diane Finkle, U.S. Bankruptcy Judge