United States Bankruptcy Court
District of Rhode Island

In re:                                                                Case No. 17-10644-DF
Millard D. Norton, III                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0103-1          User: admin          Page 1 of 1          Date Rcvd: Jul 11, 2017
                                  Form ID: 899          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2017.
db         +Millard D. Norton, III,   738 Park Avenue,   Apt. 2R,   Woonsocket, RI 02895-5836
cr         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2017 at the address(es) listed below:
        Casey J. Lee   on behalf of Debtor Millard D. Norton, III casey@cjlfirm.com,  casey@caseylee.net
        Charles A. Pisaturo, Jr.   Charlie@pisaturolaw.com,
         RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com
        Gary L. Donahue   ustpregion01.pr.ecf@usdoj.gov
                                                                                                         TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Millard D. Norton III                             BK No. 1:17–bk–10644

    Debtor(s)                                            Chapter 7

---

### *INITIAL NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT*

*NOTICE IS HEREBY GIVEN* that, subject to limited exceptions, a debtor must complete an instructional course in personal financial managaement in order to receive a discharge under Chapter 7 (11 U.S.C. § 727), Chapter 11 (11 U.S.C. § 1141(d)(3)) and Chapter 13 (11 U.S.C. § 1328(g)). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a certificate of completion of instructional course concerning personal financial management as described in 11 U.S.C. § 111.

*To comply with this requirement the debtor(s) must complete the financial management course AFTER the filing of the petition.*

*CHAPTER 7:* Individual Chapter 7 debtor(s), and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file the certification within 60 days after the date first set for the § 341 Meeting of Creditors. In converted cases, the certification must be filed no later than 60 days after the date first set for the Chapter 7 § 341 Meeting of Creditors.

*Chapter 11 and 13:* Individual Chapter 11 or 13 debtors and/or debtors attorney(s) is/are hereby notified that the certification must be filed no later than the last payment made as required by the plan OR the filing of a Motion for Entry of a Discharge under § 1141(d)(5)(B) or § 1328(b) of the Code.

Failure to file the certification will result in the case being closed without an entry of discharge upon full administration of the case. If the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the certification, the debtor(s) must pay the full reopening fee due for filing the motion.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **7/11/17**

Entered on Docket: **7/11/17**
Document Number: **13**

899.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*