United States Bankruptcy Court
District of Rhode Island

In re:  
Millard D. Norton, III  
    Debtor

Case No. 17-10644-DF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0103-1    User: chris    Page 1 of 1    Date Rcvd: Jul 18, 2017  
                      Form ID: 131    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2017.  
db      +Millard D. Norton, III,   738 Park Avenue,   Apt. 2R,   Woonsocket, RI 02895-5836  
cr      +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:  
        Casey J. Lee    on behalf of Debtor Millard D. Norton, III casey@cjlfirm.com,   casey@caseylee.net  
        Charles A. Pisaturo, Jr.    Charlie@pisaturolaw.com,    RI10@ecfcbis.com;Jenn@pisaturolaw.necoxmail.com  
        Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov  
                                                        TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Millard D. Norton III

Debtor(s)

BK No. 1:17−bk−10644

Chapter 7

### ORDER TO SHOW CAUSE AGAINST DEBTOR WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY INSTALLMENT PAYMENT

On 4/21/2017 , the above−named debtor(s) filed a chapter 7 bankruptcy petition and thereafter, an order was entered requiring the debtor to pay the filing fee in installments. The debtor was required to make the Final installment payment of $ 83.00 on 7/17/2017 . To date, the debtor(s) has failed to pay the required installment payment.

Accordingly, the debtor(s) is hereby **ORDERED TO SHOW CAUSE IN WRITING** by 8/1/2017 why the case should not be dismissed for failure to comply with the Order Requiring the Debtor to Pay Filing Fees in Installments. Compliance can be made by submitting the overdue installment payment no later than the response date to this Order to Show Cause, on or before 8/1/2017 . If the overdue installment payment is not timely paid or a written response to this Order to Show Cause is not timely filed, the case will be automatically dismissed without further notice or hearing.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **7/18/17**

Entered on Docket: **7/18/17**
Document Number: **17 − 8**

131.jsp

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*