UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Millard D. Norton, III,

Debtor.

17-10644

Chapter 7

**DEBTOR'S STATEMENT OF DAMAGES RELATIVE TO MOTION FOR SANCTIONS AND DAMAGES AGAINST CREDITORS CONTINENTAL FINANCE COMPANY AND CELTIC BANK FOR VIOLATION OF 11 U.S.C. § 362** (Doc. Nos. 11 and 12)

Millard D. Norton, III (the "Debtor"), pursuant to this Court's order of July 10, 2017 (Doc. No. 12) concerning his separate Motion for Sanctions and Damages Against Creditors Continental Finance Company and Celtic Bank for Violations of 11 U.S.C § 362 (Doc. No. 11), submits the following, with attached documentation, for his statement of damages:

## STATEMENT OF DAMAGES

| | |
|---|---:|
| **Attorney's fees:** (Itemized time records attached hereto as "Exhibit A") | $1,900 |
| **Expenses for printing and serving required documents:** (Itemization and support attached hereto as "Exhibit B") | $88.16 |
| **Debtor's lost income:** (Itemization and support attached hereto as "Exhibit C") | $30 |
| **Debtor's emotional distress damages:** (Itemization and support attached hereto as "Exhibit C") *See also In re Fisher*, 144 B.R. 237, 239 - 240 (Bankr. R.I. 1992) (Awarding debtor $1,000 in damages for embarrassment and emotional distress when vehicle repossessed in violation of stay) | $500 |
| **Punitive damages:** See In re Vaughn, 542 B.R. 589, 603 (Bankr. M.D. Ala. 2015) | $500 |
| **Total** | **$3,018.16** |

1

Dated: July 28, 2017.                    Respectfully submitted by the Debtor, through his attorney:

/s/ Casey J. Lee
_____
Casey J. Lee, Esq. # 8454
P.O. Box 2391
Providence, RI 02906
(401) 4004005
casey@cjlfirm.com

**NOTICE AND TIME TO RESPOND**

**Within fourteen (14) days after service of this document, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| In re: | |
|---|---|
| Millard D. Norton, III, | 17-10644 |
| | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I certify that on the 28th day of July, 2017, I served or caused to be served, a copy of this motion on the following parties using the methods indicated below:

Electronically via CM/ECF:

| | |
|---|---|
| Gary L. Donahue, Assistant U.S. Trustee | Charles Pisaturo, Esq. |
| Office of the United States | Trustee Chapter 7 Trustee |

By certified mail, return receipt requested, and first class mail, postage prepaid, via a third party vendor (separate certificate of service pending):

| | |
|---|---|
| Lamiaa E. Elfar, Registered Agent | Reese Howell, CEO |
| Continental Finance Company, LLC | Celtic Bank |
| 121 Continental Drive, Suite 108 | 268 S. State Street, Suite 300 |
| Newark, DE 19713 | Salt Lake City, UT 84111 |

| | |
|---|---|
| Surge MasterCard | Surge |
| Cardholder Services | P.O. Box 3220 |
| P.O. Box 8099 | Buffalo, NY 14240 |
| Newark, DE 19714 | |

/s/ Casey J. Lee
_____

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Millard D. Norton, III,

      Debtor.

17-10644

Chapter 7

## AFFIDAVIT IN SUPPORT OF DEBTOR'S REQUEST FOR AWARD OF ATTORNEY'S FEES

1. My name is Casey J. Lee. I have been licensed to practice law in Rhode Island since November 2010. I have been working in and with bankruptcy matters since that time.

2. On May 12, 2017, Millard Norton (the "Debtor") notified me that he had received a collection letter from a creditor listed in his chapter 7 bankruptcy case. Despite, a written warning to the creditor, the Debtor received a subsequent collection notice, prompting the filing of a motion for damages and sanctions for the creditor's stay violation.

3. My usually hourly rate for matters such as this is $200.

4. As of July 28, 2017, I have expended no less than 9.5 hours working on the Debtor's stay violation motion, related correspondence and required filings. A detailed accounting of the time expended and tasks performed is attached to this Affidavit.

5. I believe that the hourly rate and work performed for this case are reasonable under the standards set forth in Rule 1.5 of the Rhode Island Rules of Professional Responsibility.

6. For these reasons, the Plaintiff requests an award of attorney's fees in the amount of at least $1,900.

I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT.

Executed on July 28, 2017

_____
Casey J. Lee, Esq. #8454

# Casey J. Lee, Esq. # INVOICE

P.O. Box 2391  
Providence, Rhode Island (RI) 02906  
United States

Invoice # 276  
Date: 07/28/2017  
Due Upon Receipt

Mr. Millard Norton

## 2017-06-00270-Norton

## Stay violation motion

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 05/12/2017 | Receive e-mail from client re: letter from Surge. Review letter and BK petition. Draft and send letter to creditor re: active BK case and stay. | 1.00 | $200.00 | $200.00 |
| Service | 05/30/2017 | Receive e-mail from client re: second collection notice from Surge. Review with client. | 0.50 | $200.00 | $100.00 |
| Service | 06/02/2017 | Began drafting sanctions motion. Reviewed with client. | 2.20 | $200.00 | $440.00 |
| Service | 06/03/2017 | Finalized sanctions motion and exhibits. Filed and mailed to opposing parties. Update to client. | 2.30 | $200.00 | $460.00 |
| Service | 06/15/2017 | Receive and review e-mail from Lamiaa E. Elfar, Esq., general counsel for Continental Bank re: motion. | 0.20 | $200.00 | $40.00 |
| Service | 06/16/2017 | Reply to Continental's e-mail: client moving forward with motion. | 0.10 | $200.00 | $20.00 |
| Service | 07/10/2017 | Receive and review order on sanctions motions. Review with client. | 0.30 | $200.00 | $60.00 |
| Service | 07/18/2017 | Phone call with client to discuss damages. Draft proposed affidavit for client. | 1.00 | $200.00 | $200.00 |
| Service | 07/19/2017 | Meet with client to review and sign affidavit. | 0.40 | $200.00 | $80.00 |
| Service | 07/21/2017 | Begin drafting statement of damages. | 0.50 | $200.00 | $100.00 |
| Service | 07/28/2017 | Finalize and file statement of damages and exhibits. | 1.00 | $200.00 | $200.00 |

**Total**     **$1,900.00**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 276 | 07/28/2017 | $1,900.00 | $0.00 | $1,900.00 |
| | | | **Outstanding Balance** | **$1,900.00** |
| | | | **Total Amount Outstanding** | **$1,900.00** |

Please make all amounts payable to: Casey J. Lee, Esq.

Payment is due upon receipt.

# EXHIBIT B

# Casey J. Lee, Esq.                                          **INVOICE**

P.O. Box 2391                                                 Invoice # 277
Providence, Rhode Island (RI) 02906                           Date: 07/28/2017
United States                                                 Due Upon Receipt

Mr. Millard Norton

## 2017-06-00270-Norton

## Stay violation motion

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/03/2017 | Reimbursable expense: Printing expenses for motion (17 pages x .10 x 8 copies). | 1.00 | $13.60 | $13.60 |
| Expense | 06/03/2017 | Reimbursable expense: Postage expenses to serve motion: $30.84 for certified mail ($7.71 x 4); $6.44 for regular mail ($1.61 x 4). | 1.00 | $37.28 | $37.28 |
| Expense | 07/28/2017 | Reimbursable expense: Postage expenses to serve statement of damages: $30.84 for certified mail ($7.71 x 4); $6.44 for regular mail ($1.61 x 4) (Estimated as mailing to be performed by third party vendor). | 1.00 | $37.28 | $37.28 |
| | | | | **Total** | **$88.16** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 276 | 07/28/2017 | $1,900.00 | $0.00 | $1,900.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 277 | 07/28/2017 | $88.16 | $0.00 | $88.16 |

| | | |
|---|---|---|
| | **Outstanding Balance** | **$1,988.16** |
| | **Total Amount Outstanding** | **$1,988.16** |

## Statement of Damages - Postage Log

| Date_Time | Address | ZIP_Code_11 | Postage ($) | Tracking_ID |
|---|---|---|---|---|
| 06/03/2017 | Lamiaa E. Elfar, Registered Agent, Continental Finance Company, LLC, 121 Continental Dr Ste 108, Newark, DE 19713-4326 | 19713432633 | 7.71 | 9414710200830584265742 |
| 06/03/2017 | Lamiaa E. Elfar, Registered Agent, Continental Finance Company, LLC, 121 Continental Dr Ste 108, Newark, DE 19713-4326 | 19713432633 | 1.61 | 00040000745226453629l9713 |
| 06/03/2017 | Reese Howell, CEO, Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 | 84111531475 | 1.61 | 00040000745226453647841l1 |
| 06/03/2017 | Reese Howell, CEO, Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 | 84111531475 | 7.71 | 9414710200829418899857 |
| 06/03/2017 | Surge MasterCard, Cardholder Services, PO Box 8099, Newark, DE 19714-8099 | 19714809999 | 1.61 | 00040000745226453738l9714 |
| 06/03/2017 | Surge MasterCard, Cardholder Services, PO Box 8099, Newark, DE 19714-8099 | 19714809999 | 7.71 | 9414710200829418900669 |
| 06/03/2017 | Surge, PO Box 3220, Buffalo, NY 14240-3220 | 14240322020 | 1.61 | 00040000745226453760l4240 |
| 06/03/2017 | Surge, PO Box 3220, Buffalo, NY 14240-3220 | 14240322020 | 7.71 | 9414710200882418949175 |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Millard D. Norton, III,

            Debtor.

17-10644
Chapter 7

## AFFIDAVIT IN SUPPORT OF DAMAGES

My name is Millard D. Norton, III. I make this affidavit upon oath and affirmation, and state as follows:

1. On April 21, 2017, I filed a chapter 7 bankruptcy case. It was my understanding that the bankruptcy would help to get my finances under control and stop creditors from trying to collect from me.

2. On or about May 3, 2017, I received a letter about by Surge MasterCard credit card account. The letter said that my account was three payments past due and that I needed to make a payment. I became very worried about this letter and afraid that my case might not apply to Surge.

3. I had to contact my attorney to ask about what to do. It was my understanding the he was going to tell Surge about my case and that they should not be collecting from me.

4. On or about May 23, 2017, I received a bill from Surge. The bill said that I needed to pay my bill or they would take additional collection action. I did not know if they would try to sue me, and I became even more worried since Surge seemed to not care about my bankruptcy case.

5. I again had to contact my attorney to ask about what to do.

6. Since I received the letter after May 3, 2017, I have had general worry and anxiety over Surge's ability to collect from me even though I filed a bankruptcy case. As indicated above, based on Surge's second bill, I did not know whether I might be sued. This was distressing

1

because I was already having a hard time paying my bills when I filed my case. After receiving the letters, I have also had several restless nights, and have had to take time away from work to speak with my attorney and work with him to address this issue.

7. I estimate that I spent approximately 2 hours away from work to address this issue with my attorney. Currently, my sole source of income comes from driving for Uber, making about $15 per hour. In sum, I believe that I lost approximately $30 in work income, and experienced stress, worry, anxiety and sleeplessness due to Surge's actions.

All of the above statements are true and correct to the best of my knowledge, information and belief.

_____
Millard D. Norton, III

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn before me this 19th day of July 2017.

_____
Notary Public