Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

IN RE: MILLARD D NORTON, III

CASE NO: 17-10644

**DECLARATION OF MAILING CERTIFICATE OF SERVICE (CERTIFIED MAIL)**

Chapter:
ECF Docket Reference No.

On 7/28/2017, I did cause a copy of the following documents, described below,

DEBTOR'S STATEMENT OF DAMAGES RELATIVE TO MOTION FOR SANCTIONS AND DAMAGES AGAINST CREDITORS CONTINENTAL FINANCE COMPANY AND CELTIC BANK FOR VIOLATION OF 11 U.S.C. § 362 - With supporting exhibits,

to be served for delivery by the United States Postal Service, via First Class United States Mail, CERTIFIED, Return Receipt Requested, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/28/2017

/s/ Casey J. Lee, Attorney at Law
Casey J. Lee, Attorney at Law
Casey J. Lee
P.O. Box 2391
Providence, RI  02906
401 400 4005
casey@cjlfirm.com

Casey J. Lee
Casey J. Lee, Attorney at Law
P.O. Box 2391
Providence, RI  02906

Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

| DATE RECEIVED: 7/28/2017 | TIME RECEIVED: 8:07:24 | TOTAL SERVED: 8 |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:  MILLARD D NORTON, III

CASE NO: 17-10644
**CERTIFICATE OF SERVICE (CERTIFIED MAIL)**
Chapter:

ECF Docket Reference No.

On 7/28/2017, a copy of the following documents, described below,

DEBTOR'S STATEMENT OF DAMAGES RELATIVE TO MOTION FOR SANCTIONS AND DAMAGES AGAINST CREDITORS CONTINENTAL FINANCE COMPANY  AND CELTIC BANK FOR VIOLATION OF 11 U.S.C. § 362 - With supporting exhibits,

were deposited for delivery by the United States Postal Service, CERTIFIED, Return Receipt Requested, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2017

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Casey J. Lee
Casey J. Lee, Attorney at Law
P.O. Box 2391
Providence, RI  02906

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

*CERTIFIED*
1 LAMIAA E ELFAR REGISTERED AGEN
CONTINENTAL FINANCE COMPANY LLC
121 CONTINENTAL DRIVE SUITE 108
NEWARK DE 19713

*CERTIFIED*
2 REESE HOWELL CEO
CELTIC BANK
268 S STATE STREET SUITE 300
SALT LAKE CITY UT 84111

*CERTIFIED*
3 SURGE MASTERCARD
CARDHOLDER SERVICES
PO BOX 8099
NEWARK DE 19714

*CERTIFIED*
4 SURGE
PO BOX 3220
BUFFALO NY 14240

5 LAMIAA E ELFAR REGISTERED AGEN
CONTINENTAL FINANCE COMPANY LLC
121 CONTINENTAL DRIVE SUITE 108
NEWARK DE 19713

6 REESE HOWELL CEO
CELTIC BANK
268 S STATE STREET SUITE 300
SALT LAKE CITY UT 84111

7 SURGE MASTERCARD
CARDHOLDER SERVICES
PO BOX 8099
NEWARK DE 19714

8 SURGE
PO BOX 3220
BUFFALO NY 14240