UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE:  Millard D. Norton, III | CASE NO: 17-10644 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 8/30/2017, I did cause a copy of the following documents, described below,

DECISION AND ORDER ON DEBTOR'S MOTION FOR DAMAGES FOR VIOLATION OF STAY (Docket No., 23),

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 8/30/2017

/s/ Casey J. Lee
Casey J. Lee  8454
Casey J. Lee, Attorney at Law
PO Box 2391
Providence, RI  02906
401 400 4005
casey@cjlfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: Millard D. Norton, III | CASE NO: 17-10644 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/30/2017, a copy of the following documents, described below,

DECISION AND ORDER ON DEBTOR'S MOTION FOR DAMAGES FOR VIOLATION OF STAY (Docket No., 23),

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/30/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Casey J. Lee, Attorney at Law
Casey J. Lee
PO Box 2391
Providence, RI  02906

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF ELECTRONIC RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
1 LAMIAA E. ELFAR REGISTERED AGENT     2 SURGE MASTERCARD              3 SURGE
CONTINENTAL FINANCE COMPANY LLC         CARDHOLDER SERVICES             P.O. BOX 3220
121 CONTINENTAL DRIVE SUITE 108         P.O. BOX 8099                   BUFFALO NY 14240
NEWARK DE 19713                         NEWARK DE 19714
```